IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-23072-JKO

In RE: Food Truck World, LLC Chapter 7
Bankruptcy,

       Debtor

_____/

**NOTICE OF APPEARANCE OF COUNSEL**

TO:    ALL PARTIES LISTED HEREIN BELOW:

NOTICE IS GIVEN that KWEKU A. DARFOOR, of the Darfoor Law Firm, P.A., hereby enters his appearance as counsel of record for individual creditors, DELMARIE DONALD and CHRISTOPHER BROWN, and corporate creditor, WORLD FAMOUS, INC., in the above-styled action.

Copies of all further pleadings, papers and/or correspondences be directed to the undersigned as counsel of record:

**KWEKU A. DARFOOR, ESQ.**
Darfoor Law Firm, P.A.
1 Financial Plaza
100 S.E. 3rd Ave., 10 FL
Ft. Lauderdale, FL 33394
Telephone: 754-551-5495
Facsimile: 754-800-5657
Primary Email: kdarfoor@darfoorlaw.com
Secondary Email: info@darfoorlaw.com
Trinary Email: kadarfoor@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of October, 2016, I hand delivered the foregoing document to the Clerk of Court, United States Bankruptcy Court, 299 E Broward Blvd #112, Fort Lauderdale, FL 33301. I further certify that I either mailed the foregoing document and the Notice of Electronic Filing by first class mail or by electronic mail to any non CM/ECF participants.

KWEKU DARFOOR, ESQUIRE
Florida Bar No.: 0108697
1 Financial Plaza
100 S.E. 3rd Ave., 10 FL
Fort Lauderdale, FL 33394
(754) 800-5657- OFFICE
(754) 551-5495- FAX
Attorney for Named Creditors
**DARFOOR LAW FIRM, P.A.**
e-service: kdarfoor@darfoorlaw.com