UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:                                                                          Case No. 16-23072-RBR
                                                                                Chapter 7

Food Truck World, LLC,

     Debtor.
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that pursuant to Federal Rule of Bankruptcy Procedure 9010, Kopelowitz Ostrow, P.A. hereby appears in the above-captioned case as counsel to creditor, Gala Catering, Inc.

Request is hereby made pursuant to Federal Rule of Bankruptcy Procedure 2002 for service of all papers including, but not limited to, orders, reports, pleadings, motions, applications or petitions, and answering and reply papers, filed in the above-captioned case by serving by electronic or U.S. standard mail one copy of any such paper to:

        Julie Feigeles, Esq.
        email: Feigeles@kolawyers.com
        Kopelowitz Ostrow, P.A.
        2800 Ponce de Leon Blvd., Suite 2800
        Coral Gables, FL 33134

        KOPELOWITZ OSTROW, P.A.

        */s/ Julie Feigeles*
        Julie Feigeles
        feigeles@kolawyers.com
        Florida Bar No. 353604
        2800 Ponce de Leon Blvd., Suite 1100
        Miami, FL  33134
        (954) 529-8858 – Telephone

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 14 day of October, 2016, a true and correct copy of the foregoing was served electronically through the Court's CM/ECF system on all parties registered with the Court to receive notice in this matter.

*/s/ Julie Feigeles*
Julie Feigeles
Florida Bar No. 353604