UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

IN RE:
FOOD TRUCK WORLD, LLC

CASE NO. 16-23072-RBR
CHAPTER 7

Debtor(s)
_______________________/

**MOTION TO CONFIRM ABSENCE OF STAY**

Credior, Alba J. Cooper ("Movant") hereby moves this Court and files this Motion to Confirm the Absence of Stay as to Movant, and as grounds therefore states:

1. The instant case was filed on September 26, 2016.

2. The Court has jurisdiction over this matter pursuant to 11 U.S.C. 362, FRCP 4001(a), Local Rule 4001-1, and various applicable provisions of the United States Bankruptcy Code.

3. Movant is the Plaintiff in a State Court Proceeding in Broward County, Florida against the Debtor and two (2) other Co-Debtors under case number CACE17002333.

4. At this point, Movant has ceased all collection activity, including the prosecution of the above referenced State Court Proceeding as to the Debtor.

5. Movant would now like clarification that there is no co-debtor stay in effect as to Defendant #1, Amanda Carno and Defendant #2 Ross Charno.

6. Movant would now like to procced in the prosecution of the above referenced State Court Case as to Defendants 1 and 2, as described above.

7. Movant seeks an Order Confirming the Absence or Termination of the Automatic Stay pursuant 11 U.S.C. 362(j) in order to proceed with the above referenced State Court Proceeding.

WHEREFORE, Movant, Alba J. Cooper, requests that this Honorable Court enter an Order confirming that the Automatic Stay is not in effect as to the Co-Debtors Amanda Charno and Ross Charno, and any other relief this Court deems just and proper.

Respectfully submitted,

/s/ Joshua H. Sheskin

Joshua H. Sheskin, Esq.
Attorney for Creditor Alba J Cooper
300 71st Street, Suite 605
Miami Beach, FL 33141
T. 305-865-6766 F. 305-865-7167
Email: jsheskin.jhzidellpa@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing motion was served this 6th day of March, 2017, via electronic transmission to Chad S. Paiva, trustee and all others set forth in the NEF and that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Respectfully submitted:

/s/ Joshua H. Sheskin

Joshua H. Sheskin, Esq.
Attorney for Creditor Alba J Cooper
300 71st Street, Suite 605
Miami Beach, FL 33141
T. 305-865-6766 F. 305-865-7167
Email: jsheskin.jhzidellpa@gmail.com