UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov

In re:                                                    Case No. 16-23072-BKC-RBR

FOOD TRUCK WORLD, LLC,             Chapter 7

        Debtor.
_____/

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a true and correct copy of the *Agreed Order Continuing Hearing on Creditor's Motion to Dismiss* [ECF#38] was served on March 29, 2017 to all parties on the list to receive e-mail notice/service for this case, via the Notice of Electronic Filing (which is incorporated herein by reference) and via U.S. Mail to Kweku Darfoor, 1 Financial Plaza, 100 SE 3 Ave 10 FL, Fort Lauderdale, FL 33394.

Dated: March 30, 2017                          **LEIDERMAN SHELOMITH ALEXANDER + SOMODEVILLA, PLLC**
                                                                 Attorneys for Debtor
                                                                 2699 Stirling Road, Suite C401
                                                                 Ft. Lauderdale, Florida 33312
                                                                 Telephone: (954) 920-5355
                                                                 Facsimile: (954) 920-5371

                                                                 By:_____/s/_____
                                                                  **FELIPE PLECHAC-DIAZ, ESQ.**
                                                                 Florida Bar No. 105483
                                                                 fpd@lsaslaw.com